**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **ReEnvision Aesthetics and MedSpa, PC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-1506262** |

4.  **Debtor's address**

**Principal place of business**

**2650 Jones Way Ste 8**
**Simi Valley, CA 93065**
Number, Street, City, State & ZIP Code

**Ventura**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5.  **Debtor's website** (URL)    **www.reenvisionmedspa.com**

6.  **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **ReEnvision Aesthetics and MedSpa, PC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__6213__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
| --- | --- | --- | --- | --- | --- |
| District | | When | | Case number | |

Debtor    **ReEnvision Aesthetics and MedSpa, PC**                    Case number (*if known*)
_____
          Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other   **Medical waste which is regularly disposed.**

**Where is the property?**   **2650 Jones Way Ste 8**
**Simi Valley, CA, 93065-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.   Insurance agency   **Geico Insurance Agency, LLC**

Contact name   _____

Phone   _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds** .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **ReEnvision Aesthetics and MedSpa, PC**                Case number (*if known*) _____

Name

**16.  Estimated liabilities**

☐ $0 - $50,000                    ☐ $1,000,001 - $10 million              ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million            ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million            ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million           ☐ $100,000,001 - $500 million           ☐ More than $50 billion

1/29/25

| Debtor | ReEnvision Aesthetics and MedSpa, PC | Case number (if known) | |
|--------|--------------------------------------|------------------------|--|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|--|--|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 29, 2025**
                MM / DD / YYYY

X _____        **Lesley Prince, M.D.**
Signature of authorized representative of debtor    Printed name

Title    **CEO**

**18. Signature of attorney**    X _____        Date    **January 29, 2025**
Signature of attorney for debtor                                    MM / DD / YYYY

**Steven R. Fox**
Printed name

**The Fox Law Corporation Inc.**
Firm name

**17835 Ventura Blvd #306**
**Encino, CA 91316**
Number, Street, City, State & ZIP Code

Contact phone    **818 774-3545**        Email address    **SRFox@foxlaw.com**

**138808 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **ReEnvision Aesthetics and MedSpa, PC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

  **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __**January 29, 2025**__    X _____
Signature of individual signing on behalf of debtor

**Lesley Prince, M.D.**
Printed name

**CEO**
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| Debtor name | **ReEnvision Aesthetics and MedSpa, PC** |
|---|---|
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **California Dept of Tax & Fee Admin Bankruptcy Section, MIC 29 PO Box 942879 Sacramento, CA 94279-0029** | | | | | | **Unknown** |
| **Evolus 520 Newport Center Dr Ste 1280 Newport Beach, CA 92660** | tameem.seraj@evolus.com 949 284-4555 | **Neurotoxin purchase.** | | | | **$10,400.00** |
| **McKesson 6555 State Hwy 161 Irving, TX 75039** | ir@mckesson.com 972 446-4800 | **Neurotoxin and fillers.** | | | | **$7,991.03** |
| **Quest Diagnostics 500 Plaza Dr Secaucus, NJ 07094** | patientservice@questdiagnostic.com 866 697-8378 | **Claim asserted by Quest when patients do not pay their bills to Quest.** | | | | **$1,428.94** |

# United States Bankruptcy Court
## Central District of California

In re  **ReEnvision Aesthetics and MedSpa, PC**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Arlene Guinto**<br>**10531 Vasser Ave**<br>**Chatsworth, CA 91311** | | | **16.66%** |
| **Cynthia Belasco**<br>**301 North Baltimore Ave 18B**<br>**Monterey Park, CA 91754** | | | **16.66%** |
| **Dr. Lesley Prince**<br>**2650 Jones Way Ste 8**<br>**Simi Valley, CA 93065** | | | **51%** |
| **Pearl Mendoza**<br>**1762 Regan Circle**<br>**Simi Valley, CA 93065** | | | **16.66%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 29, 2025**

Signature _____

Lesley Prince, M.D.

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

1/29/25

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____, California.

Date:    **January 29, 2025**

Lesley Prince, M.D.
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

_October 2018_                          _Page 1_                          **F 1015-2.1.STMT.RELATED.CASES**

| Fill in this information to identify the case: |
| --- |

Debtor name   **ReEnvision Aesthetics and MedSpa, PC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................   $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................   $ _____ 316,900.05

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................   $ _____ 316,900.05

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____ 778,260.65

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$ _____ 19,819.97

4.  **Total liabilities** ...................................................................................
    Lines 2 + 3a + 3b

| $ 798,080.62 |
| --- |

**Fill in this information to identify the case:**

Debtor name    **ReEnvision Aesthetics and MedSpa, PC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo. Value as of January, 2025** | Checking | 6440 | $11,573.07 |
| 3.2. | **US Bank. Value as of January, 2025.** | Checking | 0488 | $12,305.38 |

4.   **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Typical cash on hand from daily client payments. Amount varies** | $500.00 |

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$24,378.45

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

| Debtor | **ReEnvision Aesthetics and MedSpa, PC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **3,000.00** | - | **0.00** | = .... | **$3,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **10,000.00** | - | **10,000.00** | =.... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**                                                                                    | **$3,000.00** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

Part 4:    **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1. | **Public investments via Acorns Grow Incorporated. Acct ending 9900. Attached to the Wells Fargo bank account.** | **Jan. Stmt** | **$651.60** |

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                            % of ownership

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**                                                                                    | **$651.60** |

Add lines 14 through 16.  Copy the total to line 83.

Part 5:    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale**<br>**Injectables, medications,**<br>**and other cosmetic**<br>**products held for sale.** | | **$0.00** | **Cost** | **$15,000.00** |

| Debtor | **ReEnvision Aesthetics and MedSpa, PC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

22.     **Other inventory or supplies**

23.     **Total of Part 5.**

|  |
|---|
| **$15,000.00** |

Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value     0.00     Valuation method            Current Value     0.00

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.     **Aircraft and accessories** | | | |
| 50.     **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Nuera Tight Workstation SN NT1451-21I-244. Purchased; subject to lien; no equity at present.** | $0.00 | **Mgmt Opinion** | $50,000.00 |
| **Aerolase Laser. Purchased; no equity at present.** | $0.00 | **Mgmt Opinion** | $100,000.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    **ReEnvision Aesthetics and MedSpa, PC**    Case number *(If known)* _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

| | | | |
|---|---|---|---|
| **Emsella Emsculpt Workstation Classic SN 79902B002838 (with large and small applicator). Related to the Emsella Chair. Three years old; purchased; subject to lien; no equity at present. Needs parts upgrade to function.** | $0.00 | **Mgmt Opinion** | $60,000.00 |
| **EmSculpt Neo Workstation SN 89900b003121. Purchased 1-2 years ago; heavily used; needs parts upgrades to function.** | $0.00 | **Mgmt Opinion** | $55,000.00 |
| **Emsella Chair SN 29930b003836. Leased from North Mill Credit Trust. Related to the Emsella Emsculpt Workstation.** | $0.00 | **Mgmt Opinion** | $0.00 |
| **Sterilizer** | $0.00 | **Mgmt Opinion** | $500.00 |
| **Steamer Shape Scale. Purchased January, 2024** | $0.00 | **Mgmt Opinion** | $5,000.00 |
| **Ring Light** | $0.00 | **Mgmt Opinion** | $15.00 |
| **Cellutone Workstation. Debtor never received this item though a signed Equipment Finance Agreement exists. The Debtor instead received the chair that connects with the Emsella Emsculpt Workstation Classic. MMP Capital, Inc. financed the deals.** | $0.00 | **Mgmt Opinion** | $0.00 |
| **Mini Dry Bath Incubator. No: MU-E16-1378** | $0.00 | **Mgmt Opinion** | $250.00 |
| **Centrafuge Machine. Serial No.: 211316** | $0.00 | **Mgmt Opinion** | $1,500.00 |
| **Beauty Instrument. Model No.: MS-2102G** | $0.00 | **Mgmt Opinion** | $100.00 |
| **Eros Smart Body Scale. Model No.: I-BF002** | $0.00 | **Mgmt Opinion** | $5.00 |
| **Collagen Pin Device Kit. Serial No.: C2401040. Purchased for $4,500 1 year ago; heavily used.** | $0.00 | **Mgmt Opinion** | $1,500.00 |

51.  **Total of Part 8.**                                                | $273,870.00 |
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Debtor | **ReEnvision Aesthetics and MedSpa, PC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

<hr>

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

☑ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **(APN: 6150201310) 2650 Jones Way, Ste 8 Simi Valley, CA 93065 Lease (Month-to-Month).** | Lease | $0.00 | | $0.00 |

**56.**    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | $0.00 |
|---|---|

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

<hr>

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**    **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**    **Internet domain names and websites www.reenvisionmedspa.com** | $0.00 | | $0.00 |
| **62.**    **Licenses, franchises, and royalties** | | | |
| **63.**    **Customer lists, mailing lists, or other compilations Patient medical records.** | $0.00 | | $0.00 |
| **64.**    **Other intangibles, or intellectual property** | | | |
| **65.**    **Goodwill** | | | |

| Debtor | **ReEnvision Aesthetics and MedSpa, PC** | Case number *(If known)* |
|--------|------------------------------------------|--------------------------|
| | Name | |

**66.**    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

**$0.00**

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☐ No
■ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|--|-----------------------------------|

**71.**    **Notes receivable**
Description (include name of obligor)

**72.**    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**ERTC. Value Unknown.**     Tax year       **Unknown**

**73.**    **Interests in insurance policies or annuities**

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Debtor belives it may have claims against BTL Aesthetics for fraud, etc. in connection with the purchase of the Emsculpt Classic, Emsculpt Neo, and the Emsella machines.**

**$0.00**

**Nature of claim**
**Amount requested**      **$0.00**

**75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Debtor purchased an Emsculpt Paddle from Medical Equipment Solutions, Inc. Upon arrival, the Debtor received a lemon.**

**$0.00**

**Nature of claim**      **Breach of Contract**
**Amount requested**      **$14,235.00**

---

Debtor    **ReEnvision Aesthetics and MedSpa, PC**                    Case number *(If known)* _____
_____
Name

**In the case 2023CUBC010055, North Mills sued Dr.**
**Prince and the Debtor. The Debtor has a counterclaim**
**against North Mills if the Court finds actual fraud by**                                        **Unknown**
**North Mills.**                                                                          _____
Nature of claim        **Class Action**
_____
Amount requested        _____
                                                      **$0.00**

---

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                    ┌─────────────────────┐
                                                                                │              **$0.00** │
       Add lines 71 through 77. Copy the total to line 90.                      └─────────────────────┘

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **ReEnvision Aesthetics and MedSpa, PC**                      Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $24,378.45 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $651.60 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $15,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $273,870.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $316,900.05 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $316,900.05 |

| Fill in this information to identify the case: |
|---|

Debtor name    **ReEnvision Aesthetics and MedSpa, PC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

| **2.1** | **MMP Capital Inc., ISAOA** | Describe debtor's property that is subject to a lien | **$193,275.00** | **$0.00** |
|---|---|---|---|---|

**2.1** **MMP Capital Inc., ISAOA**
Creditor's Name

**Attn: CEO, President,
Officer
19 Engineers Lane
Farmingdale, NY 11735**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

**11/04/2021**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**UCC-1 filed against affiliate entity asserting a
security interest in NuEra Tight Workstation
SN NT1451-21I-244. UCC-1: U210100032513**

Describe the lien
**UCC1. PMSI**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim **$193,275.00**

Value of collateral **$0.00**

---

**2.2** **MMP Capital Inc., ISAOA**
Creditor's Name

**Attn: CEO, President,
Officer
19 Engineers Lane
Farmingdale, NY 11735**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

**12/08/2022**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**UCC-1 filed against affiliate entity asserting a
security interest in Emsculpt Neo
Workstation SN 89900B003121. UCC-1:
U220249709033**

Describe the lien
**UCC1. PMSI**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim **$186,147.60**

Value of collateral **$0.00**

| Debtor | **ReEnvision Aesthetics and MedSpa, PC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **North Mill Credit Trust** | **Describe debtor's property that is subject to a lien** | $205,940.45 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**UCC-1 filed against affiliate entity asserting a security interest in the Emsculpt Workstation / Small Applicator SN 79902B002838 / 799C2B001919-kit. Assigned by MMP Capital, Inc. to North Mill Equipment Finance, LLC. UCC-1 U220209613728**

**Attn: CEO, President, Officer**
**9 Executive Circle Ste 230**
**Irvine, CA 92614**

Creditor's mailing address

**Describe the lien**
**UCC1. PMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07/12/2022**
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **North Mill Credit Trust** | **Describe debtor's property that is subject to a lien** | $192,897.60 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**UCC-1 filed against Debtor affiliate entity asserting a security interest in Emsella Cellutone Workstation SN 29930B003836. UCC-1: U220251291221. The Cellutone Workstation was not received (see Schedule A/B).**

**Attn: CEO, President, Officer**
**9 Executive Circle Ste 230**
**Irvine, CA 92614**

Creditor's mailing address

**Describe the lien**
**UCC1. PMSI**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/14/2022**
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$778,260.65** |
|---|---|---|

| Debtor | **ReEnvision Aesthetics and MedSpa, PC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **ReEnvision Aesthetics and MedSpa, PC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **California Dept of Tax & Fee Admin**<br>**Bankruptcy Section, MIC 29**<br>**PO Box 942879**<br>**Sacramento, CA 94279-0029** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales and other taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
| | **Employment Development Department**<br>**Attn: Bankruptcy Group**<br>**PO Box 826880 MIC 92E**<br>**Sacramento, CA 94280-0001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For notification purposes.** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | **ReEnvision Aesthetics and MedSpa, PC** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Franchise Tax Board
Bankruptcy, PIT MS A340
PO Box 2952
Sacramento, CA 95812-2952**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notification purposes.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notification purposes.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arlene Guinto
10531 Vasser Ave
Chatsworth, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shareholder.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cynthia Belasco
301 North Baltimore Ave 18B
Monterey Park, CA 91754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shareholder.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dr. Dantae Davies, M.D.
2650 Jones Way Ste 8
Simi Valley, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Potential liability under lease as co-tenant at 2650
Jones Way.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ReEnvision Aesthetics and MedSpa, PC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4** Nonpriority creditor's name and mailing address

**Evolus**
**520 Newport Center Dr Ste 1280**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **March, 2024**

Last 4 digits of account number  **7211**

As of the petition filing date, the claim is: *Check all that apply.*                     **$10,400.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Neurotoxin purchase.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

**Gaines Properties, LLC**
**3192 N Sycamore Dr**
**Simi Valley, CA 93065**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landlord**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**McKesson**
**6555 State Hwy 161**
**Irving, TX 75039**

Date(s) debt was incurred  **October, 2024**

Last 4 digits of account number  **8525**

As of the petition filing date, the claim is: *Check all that apply.*                     **$7,991.03**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Neurotoxin and fillers.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**Pearl Mendoza**
**1762 Regan Circle**
**Simi Valley, CA 93065**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shareholder.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**Quest Diagnostics**
**500 Plaza Dr**
**Secaucus, NJ 07094**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **5027**

As of the petition filing date, the claim is: *Check all that apply.*                     **$1,428.94**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Claim asserted by Quest when patients do not pay their bills to Quest.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

**Signature Financial & Leasing LLC**
**Attn: CEO, President, Officer**
**225 Broadhollow Rd Ste 132W**
**Melville, NY 11747**

Date(s) debt was incurred  **02/07/2023**

Last 4 digits of account number  **8123**

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Beautifill Workstation SN DSA042244 (Liposuction M&E). Assigned from MMP Capital, LLC to current creditor. M&E repossesed (see SFA #5).**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

**US Small Business Administration**
**Office of General Counsel**
**312 N Spring St 5th Flr**
**Los Angeles, CA 90012**

Date(s) debt was incurred  **0/26/2020**

Last 4 digits of account number  **5617**

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Asserts an interest in assets of a separate company owned by the Debtor's largest shareholder. Listed here as a precaution.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ReEnvision Aesthetics and MedSpa, PC**                Case number (if known) _____
     Name

## Part 3:    List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **McKesson**<br>**401 Mason Rd**<br>**La Vergne, TN 37086** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **MMP Capital Inc., ISAOA**<br>**Attn: CEO, President, Officer**<br>**19 Engineers Lane**<br>**Farmingdale, NY 11735** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Quest Diagnostics**<br>**PO Box 912411**<br>**Pasadena, CA 91110** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $     0.00 |
| **5b. Total claims from Part 2** | 5b. + | $     19,819.97 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $     19,819.97 |

**Fill in this information to identify the case:**

Debtor name    **ReEnvision Aesthetics and MedSpa, PC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest    **Emsculpt Neo** | |
| State the term remaining | **MMP Capital Inc., ISAOA**<br>**Attn: CEO, President, Officer**<br>**19 Engineers Lane**<br>**Farmingdale, NY 11735** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest    **Emsella Chair Plug In** | |
| State the term remaining | **MMP Capital Inc., ISAOA**<br>**Attn: CEO, President, Officer**<br>**19 Engineers Lane**<br>**Farmingdale, NY 11735** |
| List the contract number of any government contract | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest    **NuEra Tight Workstation** | |
| State the term remaining | **MMP Capital Inc., ISAOA**<br>**Attn: CEO, President, Officer**<br>**19 Engineers Lane**<br>**Farmingdale, NY 11735** |
| List the contract number of any government contract | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest    **Emsculpt Workstation** | |
| State the term remaining | **MMP Capital Inc., ISAOA**<br>**Attn: CEO, President, Officer**<br>**19 Engineers Lane**<br>**Farmingdale, NY 11735** |
| List the contract number of any government contract | |

Debtor 1    **ReEnvision Aesthetics and MedSpa, PC**

First Name        Middle Name        Last Name

Case number (*if known*) _____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.5.    State what the contract or lease is for and the nature of the debtor's interest

**Landlord lease. Extended through 2026**

State the term remaining    **2026**

List the contract number of any government contract

**SV Hospital & Health Care Services
Gaines Properties, LLC
3192 N. Sycamore Dr
Simi Valley, CA 93065**

**Fill in this information to identify the case:**

Debtor name __**ReEnvision Aesthetics and MedSpa, PC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | **Dr. Lesley Prince** | **2650 Jones Way Ste 8**<br>**Simi Valley, CA 93065** | **MMP Capital Inc., ISAOA** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Dr. Lesley Prince** | **2650 Jones Way Ste 8**<br>**Simi Valley, CA 93065** | **MMP Capital Inc., ISAOA** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Dr. Lesley Prince** | **2650 Jones Way Ste 8**<br>**Simi Valley, CA 93065** | **North Mill Credit Trust** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Dr. Lesley Prince** | **2650 Jones Way Ste 8**<br>**Simi Valley, CA 93065** | **North Mill Credit Trust** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Lesley C. Prince Corp.** | **2650 Jones Way Ste 8**<br>**Simi Valley, CA 93065** | **MMP Capital Inc., ISAOA** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **ReEnvision Aesthetics and MedSpa, PC** | Case number *(if known)* | _____ |
| --- | --- | --- | --- |

| ■ | **Additional Page to List More Codebtors** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| 2.6 | **Lesley C. Prince Corp.** | **2650 Jones Way Ste 8 Simi Valley, CA 93065** | **MMP Capital Inc., ISAOA** | ■ D ___**2.2**___ ☐ E/F _____ ☐ G _____ |
| 2.7 | **Lesley C. Prince Corp.** | **2650 Jones Way Ste 8 Simi Valley, CA 93065** | **North Mill Credit Trust** | ■ D ___**2.3**___ ☐ E/F _____ ☐ G _____ |
| 2.8 | **Lesley C. Prince Corp.** | **2650 Jones Way Ste 8 Simi Valley, CA 93065** | **North Mill Credit Trust** | ■ D ___**2.4**___ ☐ E/F _____ ☐ G _____ |
| 2.9 | **Dr. Dantae Davies, M.D.** | **2650 Jones Way Ste 8 Simi Valley, CA 93065** | **SV Hospital & Health Care Services** | ☐ D _____ ☐ E/F _____ ■ G ___**2.5**___ |
| 2.10 | **Dr. Lesley Prince** | **2650 Jones Way Ste 8 Simi Valley, CA 93065** | **MMP Capital Inc., ISAOA** | ☐ D _____ ☐ E/F _____ ■ G ___**2.1**___ |
| 2.11 | **Dr. Lesley Prince** | **2650 Jones Way Ste 8 Simi Valley, CA 93065** | **MMP Capital Inc., ISAOA** | ☐ D _____ ☐ E/F _____ ■ G ___**2.2**___ |
| 2.12 | **Dr. Lesley Prince** | **2650 Jones Way Ste 8 Simi Valley, CA 93065** | **MMP Capital Inc., ISAOA** | ☐ D _____ ☐ E/F _____ ■ G ___**2.3**___ |
| 2.13 | **Dr. Lesley Prince** | **2650 Jones Way Ste 8 Simi Valley, CA 93065** | **MMP Capital Inc., ISAOA** | ☐ D _____ ☐ E/F _____ ■ G ___**2.4**___ |

| Debtor | **ReEnvision Aesthetics and MedSpa, PC** | Case number *(if known)* | _____ |

███ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Lesley C. Prince Corp.** | **2650 Jones Way Ste 8 Simi Valley, CA 93065** | **MMP Capital Inc., ISAOA** | ☐ D _____<br>☐ E/F _____<br>■ G __**2.1**__ |
| 2.15 | **Lesley C. Prince Corp.** | **2650 Jones Way Ste 8 Simi Valley, CA 93065** | **MMP Capital Inc., ISAOA** | ☐ D _____<br>☐ E/F _____<br>■ G __**2.2**__ |
| 2.16 | **Lesley C. Prince Corp.** | **2650 Jones Way Ste 8 Simi Valley, CA 93065** | **MMP Capital Inc., ISAOA** | ☐ D _____<br>☐ E/F _____<br>■ G __**2.3**__ |
| 2.17 | **Lesley C. Prince Corp.** | **2650 Jones Way Ste 8 Simi Valley, CA 93065** | **MMP Capital Inc., ISAOA** | ☐ D _____<br>☐ E/F _____<br>■ G __**2.4**__ |

**Fill in this information to identify the case:**

Debtor name    **ReEnvision Aesthetics and MedSpa, PC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>■ Other   **2025 Profit & Loss Stmt** | **$35,097.65** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>■ Other   **P&L Accrual as of 12/6/24** | **$267,232.74** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>■ Other   **2023 Tax Return** | **$426,502.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

---

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

---

Debtor    **ReEnvision Aesthetics and MedSpa, PC**                              Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **The Ageless Humans Inc.** **9360 W Flamingo Rd** **Las Vegas, NV 89147** | | **$23,380.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. | **Berry - Medvirtual** **21371 Ventura Blvd Ste 100** **Woodland Hills, CA 91364** | | **$7,612.50** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. | **Allergan** **2525 Dupont Dr** **Irvine, CA 92612** | | **$7,872.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. | **The Patrick Rettig Corporation** **PO Box 2676** **Riverside, CA 92516** | | **$10,350.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.5. | **Hans Biomed USA dba Mint PDO** **10350 Heritage Park Dr** **Santa Fe Springs, CA 90670** | 11/12/2024 12/16/2024 12/31/2024 | **$7,710.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Dr. Lesley Prince** **2650 Jones Way Ste 8** **Simi Valley, CA 93065** **Shareholder** | | **$2,040.00** | **Dr. Prince takes and uses various products. Their total value over the last 12 months was $2,040.** |
| 4.2. | **Arlene Guinto** **10531 Vasser Ave** **Chatsworth, CA 91311** **Shareholder** | | **$530.00** | **Ms. Guinto takes and uses various products. Their total value over the last 12 months was $530.** |

Debtor    **ReEnvision Aesthetics and MedSpa, PC**                                    Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3.  **Pearl Mendoza 1762 Regan Circle Simi Valley, CA 93065 Shareholder** | | **$1,730.00** | **Ms. Mendoza takes and uses various products. Their total value over the last 12 months was $1,730.** |
| 4.4.  **Dr. Lesley Prince & Pearl Mendoza 2650 Jones Way Ste 8 Simi Valley, CA 93065 Shareholders** | **December, 2024** | **$3,500.00** | **The Debtor funded $3,500 of a $6,000 charge for Dr. Prince and Ms. Menodza to receive training from HANS / Mint PDO.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Signature Financial & Leasing LLC Attn: CEO, President, Officer 225 Broadhollow Rd Ste 132W Melville, NY 11747** | **Beautifill Workstation SN DSA042244 - Liposuction M&E.** | **7/2023** | **$125,000.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **MMP Capital, LLC vs. Lesley C. Prince and Lesley C. Prince Corp 617359/2023** | **Class Action. Motion for Summary Judgment entered.** | **Nassau County Supreme Court 100 Supreme Ct Dr Mineola, NY 11501** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2.  **North Mill Equipment Finance, LLC v. Lesley C. Prince Corp., Reenvision Aesthetics and Medspa, PC, Lesley C. Prince 2023CUBC010055** | **Class Action** | **Ventura Hall of Justice 800 South Victoria Ave Ventura, CA 93009** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **ReEnvision Aesthetics and MedSpa, PC** | Case number *(if known)* |
|---|---|---|

■ None

## Part 4:  Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Fox Law Corporation, Inc.**<br>**17835 Ventura Blvd Ste 306**<br>**Encino, CA 91316** | | | **$40,000.00** |
| | **Email or website address**<br>**srfox@foxlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

| Debtor | ReEnvision Aesthetics and MedSpa, PC | Case number *(if known)* |
|---|---|---|

■ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2775 Tapo St Ste 202 Simi Valley, CA 93063** | **June 2021 - January 2022** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **ReEnvision Aesthetics & MedSpa, PC 2650 Jones Way Ste 8 Simi Valley, CA 93065** | **Wellness & Weight Loss Clinic. The Debtor does not believe it is a health care entity but provides this information as a precaution.** | **###** |
| | | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. **2650 Jones Way Ste 8 Simi Valley, CA 93065** | **How are records kept?** *Check all that apply:* ■ Electronically ■ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**Patient medical records.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Debtor   **ReEnvision Aesthetics and MedSpa, PC**                    Case number *(if known)* _____

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Dr. Dantae Davies**<br>**2650 Jones Way Ste 8**<br>**Simi Valley, CA 93065** | **2650 Jones Way Ste 8**<br>**Simi Valley, CA 93065** | **Dr. Dantae Davies and the Debtor share the same office space. He has his own assets in the suite.** | $0.00 |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■   No.
☐   Yes. Provide details below.

| Debtor | **ReEnvision Aesthetics and MedSpa, PC** | Case number *(if known)* |
|--------|---|---|

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **Camile Tax & Accounting Caroline Diaz 9813 Marklein Ave North Hills, CA 91343** | **2022-Present** |
| 26a.2. | **Matt Moreno 1228 Cordova Ave Glendale, CA 91206** | **2023-Present** |
| 26a.3. | **Jax Doutre PO Box 2676 Riverside, CA 92516** | **October, 2024-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor    **ReEnvision Aesthetics and MedSpa, PC**                              Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.**    **Jackie Doutre** | |
| **26c.2.**    **ReEnvision Aesthetics & Medspa**<br>**2650 Jones Way Ste 8**<br>**Simi Valley, CA 93065** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Dr. Lesley Prince, M.D.** | **Weekly** | **Dollar amount varies.** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **ReEnvision Aesthetics & Medspa**<br>**2650 Jones Way Ste 8**<br>**Simi Valley, CA 93065** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dr. Lesley Prince M.D. | **2650 Jones Way Ste 8**<br>**Simi Valley, CA 93065** | **Shareholder** | **51%** |
| Cynthia Belasco | **301 North Baltimore Ave 18B**<br>**Monterey Park, CA 91754** | **Shareholder** | **16.66%** |
| Arlene Guinto | **10531 Vasser Ave**<br>**Chatsworth, CA 91311** | **Shareholder** | **16.66%** |
| Pearl Mendoza | **1762 Regan Circle**<br>**Simi Valley, CA 93065** | **Shareholder** | **16.66%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

| Debtor | **ReEnvision Aesthetics and MedSpa, PC** | Case number *(if known)* | |
|---|---|---|---|

☐ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **Dr. Lesley Prince**<br>**2650 Jones Way Ste 8**<br>**Simi Valley, CA 93065** | **$2,040 worth of items and products** | | |
| **Relationship to debtor**<br>**Shareholder** | | | |
| 30.2 **Arlene Guinto**<br>**10531 Vasser Ave**<br>**Chatsworth, CA 91311** | **$530 worth of items and products** | | |
| **Relationship to debtor**<br>**Shareholder** | | | |
| 30.3 **Pearl Mendoza**<br>**1762 Regan Circle**<br>**Simi Valley, CA 93065** | **$1,730 worth of items and products** | | |
| **Relationship to debtor**<br>**Shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

1/29/25

Debtor   **ReEnvision Aesthetics and MedSpa, PC** _____   Case number *(if known)* _____

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 29, 2025** _____

_____   **Lesley Prince, M.D.** _____
Signature of individual signing on behalf of the debtor   Printed name

Position or relationship to debtor   **CEO** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

1/29/25

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re **ReEnvision Aesthetics and MedSpa, PC**

Case No.

Debtor(s)

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................... $ **40,000.00**

   Prior to the filing of this statement I have received ............................. $ **40,000.00**

   Balance Due ........................................................................................ $ **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 29, 2025**
_Date_

Steven R. Fox
_Signature of Attorney_
**The Fox Law Corporation Inc.**
**17835 Ventura Blvd #306**
**Encino, CA 91316**
**818 774-3545   Fax: 818 774-3707**
**SRFox@foxlaw.com**
_Name of law firm_

1/29/25

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Steven R. Fox<br>**17835 Ventura Blvd #306**<br>**Encino, CA 91316**<br>**818 774-3545 Fax: 818 774-3707**<br>California State Bar Number: **138808 CA**<br>**SRFox@foxlaw.com** | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**ReEnvision Aesthetics and MedSpa, PC**

CASE NO.:

CHAPTER: **11**

Debtor(s).

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **January 29, 2025** _____

Date: _____

Date: **January 29, 2025** _____

_____
Signature of Debtor 1

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    **F 1007-1.MAILING.LIST.VERIFICATION**

ReEnvision Aesthetics and MedSpa, PC
2650 Jones Way Ste 8
Simi Valley, CA 93065


Steven R. Fox
The Fox Law Corporation Inc.
17835 Ventura Blvd #306
Encino, CA 91316


Arlene Guinto
10531 Vasser Ave
Chatsworth, CA 91311


California Dept of Tax & Fee Admin
Bankruptcy Section, MIC 29
PO Box 942879
Sacramento, CA 94279-0029


Cynthia Belasco
301 North Baltimore Ave 18B
Monterey Park, CA 91754


Dr. Dantae Davies, M.D.
2650 Jones Way Ste 8
Simi Valley, CA 93065


Dr. Lesley Prince
2650 Jones Way Ste 8
Simi Valley, CA 93065


Employement Development Department
Attn: Bankruptcy Group
PO Box 826880 MIC 92E
Sacramento, CA 94280-0001

Evolus
520 Newport Center Dr Ste 1280
Newport Beach, CA 92660


Franchise Tax Board
Bankruptcy, PIT MS A340
PO Box 2952
Sacramento, CA 95812-2952


Gaines Properties, LLC
3192 N Sycamore Dr
Simi Valley, CA 93065


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Lesley C. Prince Corp.
2650 Jones Way Ste 8
Simi Valley, CA 93065


McKesson
6555 State Hwy 161
Irving, TX 75039


McKesson
401 Mason Rd
La Vergne, TN 37086


MMP Capital Inc., ISAOA
Attn: CEO, President, Officer
19 Engineers Lane
Farmingdale, NY 11735

North Mill Credit Trust
Attn: CEO, President, Officer
9 Executive Circle Ste 230
Irvine, CA 92614


Pearl Mendoza
1762 Regan Circle
Simi Valley, CA 93065


Quest Diagnostics
500 Plaza Dr
Secaucus, NJ 07094


Quest Diagnostics
PO Box 912411
Pasadena, CA 91110


Signature Financial & Leasing LLC
Attn: CEO, President, Officer
225 Broadhollow Rd Ste 132W
Melville, NY 11747


SV Hospital & Health Care Services
Gaines Properties, LLC
3192 N. Sycamore Dr
Simi Valley, CA 93065


US Small Business Administration
Office of General Counsel
312 N Spring St 5th Flr
Los Angeles, CA 90012

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Steven R. Fox**<br>**17835 Ventura Blvd #306**<br>**Encino, CA 91316**<br>**818 774-3545 Fax: 818 774-3707**<br>California State Bar Number: **138808 CA**<br>SRFox@foxlaw.com | |

☑ *Attorney for:*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **ReEnvision Aesthetics and MedSpa, PC**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Lesley C. Prince, M.D.**                          , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                      **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

        ☑ I am the president or other officer or an authorized agent of the Debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ☐ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

        *[For additional names, attach an addendum to this form.]*

b.    ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 1/29/25

By: _____
Signature of Debtor, or attorney for Debtor

Name:  **Lesley C. Prince, M.D.**

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**